JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOLLEEN NEWBY, | Case No.: 5:22-cv-00900-SSS-KKx |
| Plaintiff, | District Judge: Sunshine Suzanne Sykes |
| vs. | **JUDGMENT** |
| FCA US LLC and DOES 1 through 10, inclusive | |
| Defendants. | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

Plaintiff JOLLEEN NEWBY ("Plaintiff") accepted Defendant FORD MOTOR COMPANY's Offer of Judgment Pursuant to Fed. R. Civ. P. 68 on October 6, 2023.

Accordingly, the Court enters JUDGMENT in favor of Plaintiff in the amount of $132,602.40 pursuant to the terms of the Rule 68 Offer.

**IT IS SO ORDERED.**

Date: November 15, 2023

_Irene Vazquez_
Irene Vazquez
Deputy Clerk

1
**JUDGMENT**